IH-32                                                                Rev: 2014-1

# United States District Court
for the
# Southern District of New York
Related Case Statement

---

**Full Caption of Later Filed Case:**

ANDREW SCHWARTZBERG

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-CV-01880 |
| CHET STOJANOVICH and CHET MINING, CO., LLC | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

ETHEREUM VENTURES, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:19-CV-07949 |
| CHET MINING CO, LLC and CHET STOJANOVICH | |
| Defendant | |

IH-32                                                                                              Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open        (If so, set forth procedural status and summarize any court rulings.)

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

The Defendants are accused of a nearly identical fraudulent scheme in the related case.

Signature: _____  Date: 03/04/2020

         E. STEWART JONES HACKER
Firm:    MURPHY LLP