UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

Plaintiff(s)

**Affidavit of Service**

-against-

CHET MINING CO, LLC AND CHET STOJANOVICH,

**Index No.**
1:20-cv-01880

Defendant(s)

STATE OF NEW YORK )
                   )SS.:
COUNTY OF ALBANY   )

**AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

On March 10, 2020, at 1:53 p.m. I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, on Defendant, CHET MINING CO, LLC, by personally delivering to and leaving with Amy Lesch, a white female approximately 50 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 304 of the Limited Liability Company Law of the State of New York.

That deponent personally knew said Amy Lesch to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

On March 11, 2020, deponent mailed a copy of said documents to CHET MINING CO, LLC, by enclosing same in a postage pre-paid envelope, through Registered Mail, Return Receipt Requested, to 50 West St, Apt 29A, New York, NY 10006.

Austin Taylor

Sworn before me this
11th day of March, 2020

Notary Public – State of New York

Anne B. Stefanski
Notary Public, State of New York
No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022