UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

Plaintiff(s)

-against-

CHET MINING CO, LLC AND CHET STOJANOVICH,

Defendant(s)

**Affidavit of Service**

**Index No.**
1:20-cv-01880

STATE OF NEW YORK )
                       )SS.:
COUNTY OF ALBANY )

     **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

     On March 10, 2020, at 1:53 p.m. I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, on Defendant, CHET MINING CO, LLC, by personally delivering to and leaving with Amy Lesch, a white female approximately 50 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 304 of the Limited Liability Company Law of the State of New York.

     That deponent personally knew said Amy Lesch to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

     On March 27, 2020, deponent mailed a copy of said documents to CHET MINING CO, LLC, by enclosing same in a postage pre-paid envelope, through Registered Mail, Return Receipt Requested, to 105 Duane St Apt. 20F, New York, NY 10007.

Austin Taylor

Sworn before me this
27th day of March, 2020

Notary Public - State of New York

Adrien LaBelle
Notary Public, State of New York
No. 01LA6186034
Qualified in Albany County
My Commission Expires April 28, 20 24

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

Plaintiff(s)

-against-

CHET MINING CO, LLC AND CHET STOJANOVICH,

Defendant(s)

**Affidavit of Mailing**

**Index No.**
1:20-cv-01880

STATE OF NEW YORK )
                  )SS.:
COUNTY OF ALBANY  )

**AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

On March 27, 2020, I mailed the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, along with a copy of the Returned Registered Mail with Return Receipt sent on March 11, 2020, to the entity named below by enclosing the same in an envelope, marked "Personal and Confidential", postage prepaid and depositing in a post office of an official depository under the care and custody of the United States Postal Service.

Chet Mining Co, LLC
105 Duane St, Apt 20F
New York, NY 10007

Austin Taylor

Sworn before me this
27th day of March, 2020

Notary Public - State of New York

Adrien LaBelle
Notary Public, State of New York
No. 01LA6186034
Qualified in Albany County
My Commission Expires April 28, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

Plaintiff(s)

-against-

CHET MINING CO, LLC AND CHET STOJANOVICH,

Defendant(s)

**Affidavit of Service**

**Index No.**
1:20-cv-01880

STATE OF NEW YORK )
                  )SS.:
COUNTY OF ALBANY  )

**AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

On March 27, 2020 I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, along with the returned Registered Mail with return receipt sent on March 11, 2020, by mailing to Defendant, CHET MINING CO, LLC, at 50 West St Apt 29A, New York, NY 10006, by USPS Regular First Class Mail pursuant to section 304 of the Limited Liability Company Law of the State of New York.

Austin Taylor

Sworn before me this
27th day of March, 2020

Notary Public - State of New York

Adrien LaBelle
Notary Public, State of New York
No. 01LA6185034
Qualified in Albany County
My Commission Expires April 28, 20 24

Box 582
erland, NY 12084

3/21



RE 324 608 805 US

Label 200, August 2005   PSN 7690-03-000-9311

PERSONAL AND CONFIDENTIAL
Chet Mining Co LLC
50 West St, Apt 29A
New York, NY 10006

3·16·20   moved   utt
2Y   8BJ



Registered No. RE 324 608 805 US   Date Stamp

Postage $ $0.85

Extra Services & Fees
☐ Registered Mail $ $12.60     ☐ Signature Confirmation $
☐ Return Receipt (hardcopy) $ $2.85     ☐ Signature Confirmation Restricted Delivery $
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $16.30

Customer Must Declare Full Value $0.00   Received by 03/11/2020

GUILDERLAND NY 12084 MAR 11 2020

OFFICIAL USE

FROM: PO Box 582 Guilderland, NY 12084

TO: Chet Mining Co LLC 50 West St, Apt 29A New York, NY 10006

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com
Copy 1 - Customer (See Information on Reverse)

Business Center                                                                 Online Services   Search

# DETAIL

RETURN TO YOUR SEARCH    FILE YOUR ANNUAL REPORT    FILE YOUR REINSTATEMENT

Chet Mining Co LLC

This detail reflects the current data for the filing in the system.                    Print

**Name**
Chet Mining Co LLC                                                              Fictitious Name

**Filing ID**                                    **Status**
2018-000818691                                   Inactive - Administratively Dissolved (Tax)

**Type**                                         **Sub Status**
Limited Liability Company - Domestic             Current

                                                 **Initial Filing**
                                                 08/31/2018

**Standing - Tax**                               **Inactive Date**
Delinquent                                       10/09/2019

**Standing - RA**                                **Term of Duration**
Good                                             Perpetual

**Standing - Other**                             **Formed In**
Good                                             Wyoming

**Principal Office**                             **Mailing Address**
50 West St, Apt 29A                              50 West St, Apt 29A
New York, NY 10006                               New York, NY 10006
USA                                              USA

## Additional Details

**Registered Agent:**                            **Latest AR/Year**
InCorp Services, Inc.                            AR Exempt

1910 Thomes Ave  
Cheyenne, WY 82001 USA

License Tax Paid

## History

**Dissolution / Revocation - Tax - 2019-002661699**  Date: 10/09/2019

**Delinquency Notice - Tax - 2019-002601362**  Date: 08/02/2019

**Initial Filing - See Filing ID**  Date: 08/31/2018

## Public Notes

No Public Notes Found...

## Parties

Jackie DeFilippis (Organizer)  Organization:

Address: 3773 Howard Hughes Pkwy. Suite 500s, Las Vegas, NV 89169-6014

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>ANDREW SCHWARTZBERG<br>**Defendant / Respondent:**<br>CHET MINING CO, LLC and CHET STOJANOVICH | **AFFIDAVIT OF SERVICE**<br>Case No.<br>1:20-cv-01880 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the state of New York. On Mon, Mar 16 2020 AT 11:18 AM AT 105 Duane St Apt 20F, New York, NY 10007 deponent served the within <u>Summons in a Civil Action, Civil Cover Sheet & Complaint</u> on <u>CHET STOJANOVICH</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 03/12/2020 @ 07:47 PM    2) 03/13/2020 @ 10:10 AM    3) 03/16/2020 @ 11:18 AM

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, <u>105 Duane St Apt 20F, New York, NY 10007</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, <u>Mar 18, 2020</u>.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____ Ethnicity: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Eyes: _____ Relationship: _____
Other _____

**Service Description:**
1) Gray door and walls. 2) Brown and black carpet. 3) Apartment located across the hall and approximately 10 feet to the right of Stairwell B.

Sworn to before me on 3/19/2020

_[signature]_
David Meaney
License No. 2085682-DCA
For:
A Plus Process Service
PO Box 582
Guilderland, NY 12084

Notary Public _[signature]_

[Notary Seal: ANGELO ROVETO, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York County, 01RO6391181, MY COMMISSION EXPIRES 04/29/2023]

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

Plaintiff(s)

-against-

CHET MINING CO, LLC AND CHET STOJANOVICH,

Defendant(s)

**Affidavit of Service**

**Index No.**
1:20-cv-01880

STATE OF NEW YORK )
                  )SS.:
COUNTY OF ALBANY  )

AUSTIN TAYLOR, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

On March 10, 2020, at 1:53 p.m. I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, on Defendant, CHET MINING CO, LLC, by personally delivering to and leaving with Amy Lesch, a white female approximately 50 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 304 of the Limited Liability Company Law of the State of New York.

That deponent personally knew said Amy Lesch to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

On March 11, 2020, deponent mailed a copy of said documents to CHET MINING CO, LLC, by enclosing same in a postage pre-paid envelope, through Registered Mail, Return Receipt Requested, to 50 West St, Apt 29A, New York, NY 10006.

Austin Taylor

Sworn before me this
11th day of March, 2020

Notary Public - State of New York

Anne B. Stefanski
Notary Public, State of New York
No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022



Chet Mining Co, LLC
105 Duane St, Apt 20F
New York, NY 10007
Personal and Confidential

582-12084

Case 1:20-cv-01880-LJL   Document 11   Filed 04/22/20   Page 9 of 10

Chet Mining Co, LLC
50 West St. Apt 29A
New York, NY 10006
Personal and Confidential

4084