UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANDREW SCHWARTZBERG,

                       Plaintiff,

-against-

CHET MINING CO, LLC and CHET STOJANOVICH,

                       Defendants.
_____

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Case No.:  1:20-CV-01880

    Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1, the plaintiff Andrew Schwartzberg, by his attorney Benjamin F. Neidl, requests a Clerk's certificate of entry of default against all defendants: Chet Mining Co, LLC and Chet Stojanovich.  Within in an accompanying affidavit, I affirm that the parties against whom the judgment is sought:

    1)  are not infants or incompetent persons;

    2)  are not in the military service;

    3)  were properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

    4)  have defaulted in appearance in the above captioned action.

Dated: May 20, 2020  **E. STEWART JONES HACKER MURPHY LLP**
      Troy, New York

By: *(signature)*

Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for Plaintiff*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820