UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANDREW SCHWARTZBERG,

                        Plaintiff,

   -against-

CHET MINING CO, LLC and CHET
STOJANOVICH,

                       Defendants.
_____

**NOTICE OF APPEARANCE**

Case No.: 1:20-CV-01880

PLEASE TAKE NOTICE that the undersigned, Benjamin F. Neidl, hereby appears in this action as one of the attorneys for the plaintiff.

Dated: May 20, 2020
       Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: _____
Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for Plaintiff*
28 Second Street
Troy, New York 12110
Tel. No.: (518) 274-5820