UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

                        Plaintiff,

  against

CHET MINING CO, LLC and CHET STOJANOVICH,

                        Defendants.

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Civ. Action No.: 1:20-CV-01880

**PLEASE TAKE NOTICE**, that the plaintiff, by and through its undersigned attorney, will move this Court for an Order granting the relief described below, at the time and place set forth below:

| | |
|---|---|
| Moving Party: | Plaintiff Andrew Schwartzberg |
| Motion Directed To: | Defendants Chet Mining Co., LLC and Chet Stojanovich |
| Motion Date: | _____, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, N.Y. 10007-1312. |
| Relief Sought: | A default judgment against all defendants, jointly and severally, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2(b) of this Court. |
| Supporting Papers: | The papers offered in support of the motion are: (i) the Attorney Affirmation of Benjamin F. Neidl dated May 27, 2020 with Exhibits; (ii) the Declaration of Andrew Schwartzberg dated May 22, 2020 with Exhibits; (iii) the plaintiff's Statement of Damages; (iv) the plaintiff's Bill of Costs; and (v) the plaintiff's proposed Default Judgment |

**PLEASE TAKE FURTHER NOTICE**, that the defendants must file their opposition papers (if any) with the Court and serve them upon the undersigned not less than _____ days prior to the above-listed Motion Date. The plaintiff intends to serve and file reply papers.

1

Dated:  Troy, New York
       May 27, 2020

                                    Respectfully submitted,

                                    E. STEWART JONES HACKER MURPHY LLP

                                    By:    Benjamin F. Neidl
                                    *Attorneys for the Plaintiff*
                                    28 Second Street
                                    Troy, N.Y.  12180
                                    (518)274-5820