UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

                        Plaintiff,                        **DEFAULT JUDGMENT**

   against                                        Civ. Action No.: 1:20-cv-01880

CHET MINING CO, LLC and CHET STOJANOVICH,

                        Defendants.

     This action having been commenced on March 3, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Chet Mining Co. LLC on March 10, 2020 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y. Limited Liability Company Law §304 and thereafter mailing a copy of the Summons and Complaint to Chet Mining Co. LLC on March 27, 2020, and served on the defendant Chet Stojanovich on March 12, 2020 by affixing a copy of the Summons and Complaint to the door of his residence and thereafter mailing a copy of same to his place of residence on March 18, 2020 pursuant to N.Y. C.P.L.R. §304(4), and a proof of said service on each of the defendants having been filed on April 22, 2020 (ECF Doc. #11), and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff ANDREW SCHWARTZBERG have judgment against defendants CHET MINING CO, LLC and CHET STOJANOVICH, jointly and severally, in the liquidated principal amount of Five Hundred One Thousand Six Hundred Seventy-Two and 00/100 Dollars ($501,672.00) with prejudgment interest from May 22, 2019 through May 27, 2020 at a rate of 9% per annum in the amount of Forty-Five Thousand Eight Hundred Ninety-Two and 70/100 Dollars ($45,892.70), plus costs and

disbursements of this action in the amount of Six Hundred Eight and 00/100 Dollars ($608.00) amounting in all to Five Hundred Forty-Eight Thousand One Hundred Seventy-Two and 70/100 Dollars ($548,172.70).

Dated: New York, New York
_____

So Ordered: New York, New York  _____
Hon. Lewis J. Linman
District Judge