UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANDREW SCHWARTZBERG,

                          Plaintiff,

  -against-                                **STATEMENT OF DAMAGES**

CHET MINING CO, LLC  and CHET        Case No.:  1:20-CV-01880
STOJANOVICH,

                          Defendants.
_____

| | |
|---|---:|
| Principal amount sued for | $501,672.00 |
| Interest at 9% from <u>May 22, 2019</u> through May 27, 2020 | $45,892.70 |
| Costs and Disbursements: | |
| Clerk's fee | $400.00 |
| Process Server fee for service | <u>$208.00</u> |
| Total (as of May 27, 2020) | **$548,172.70** |

Dated: May 27, 2020       **E. STEWART JONES HACKER MURPHY LLP**
       Troy, New York

                        By: *[signature]*
                            Benjamin F. Neidl
                            **SDNY Bar No: BN5818**
                            *Attorneys for the Plaintiff*
                            28 Second Street
                            Troy, New York  12110
                            Tel. No.:  (518) 274-5820