# Exhibit 4

**To Attorney Affirmation of Benjamin F. Neidl**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

                        Plaintiff,

-against-

CHET MINING CO, LLC and CHET STOJANOVICH,

                      Defendants.

**CLERK'S CERTIFICATE OF DEFAULT**

Case No.: 1:20-CV-01880

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 3, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Chet Mining Co., LLC by personally serving the New York State Department of State, Corporations Division as agent for said defendant and proof of service upon said defendant was therefore filed on March 18, 2020 (ECF Doc. #10), and by serving defendant Chet Stojanovich by affixing the summons and complaint to the front door of his residence and mailing a copy of same to him at his residence within twenty days thereof pursuant to New York CPLR §308(4), and proof of service upon said defendant was therefore filed on April 22, 2020 (ECF Doc. #11). I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York
       May 21, 2020

                                            RUBY J. KRAJICK
                                            Clerk of Court

                            By: _____
                                       Deputy Clerk