# Exhibit 5

**To Attorney Affirmation of Benjamin F. Neidl**

A Plus Process Service
PO Box 582
Guilderland, NY 12084

INVOICE: 4393856
Issued:  Mar 12, 2020

E. Stewart Jones Hacker Murphy, LLP
Deanna Dudley
28 2nd Street
Troy, NY 12180

PAY TO:
A Plus Process Service
PO Box 582
Guilderland, NY 12084

| Case: | 1:20-cv-01880 | Plaintiff / Petitioner: | ANDREW SCHWARTZBERG |
|---|---|---|---|
| Job: | 4393856 (8938.000) | Defendant / Respondent: | CHET MINING CO, LLC and CHET STOJANOVICH |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service | Chet Mining Co, LLC via NYS DOS Albany, NY | $20.00 | 1 | $20.00 |
| Fees Advanced | $40.00 Paid to NYS DOS | $40.00 | 1 | $40.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.

Total: $60.00
Amount Paid: ($0.00)
**Balance Due: $60.00**

A Plus Process Service • PO Box 582, Guilderland, NY 12084

Call: (518) 470-6552 • Fax: (518) 514-1275 • Email: austin.aplusprocess@gmail.com • Visit: www.APlusProcess.net

A Plus Process Service
PO Box 582
Guilderland, NY 12084

INVOICE: 4393843
Issued: Mar 26, 2020

E. Stewart Jones Hacker Murphy, LLP
Deanna Dudley
28 2nd Street
Troy, NY 12180

PAY TO:
A Plus Process Service
PO Box 582
Guilderland, NY 12084

| Case: | 1:20-cv-01880 | Plaintiff / Petitioner: | ANDREW SCHWARTZBERG |
| Job: | 4393843 (8938) | Defendant / Respondent: | CHET MINING CO, LLC and CHET STOJANOVICH |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service | Chet Stojanovich<br>105 Duane St, Apt. 20F<br>New York, NY | $85.00 | 1 | $85.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.

Total: $85.00
Amount Paid: ($0.00)
Balance Due: $85.00

A Plus Process Service • PO Box 582, Guilderland, NY 12084

Call: (518) 470-6552 • Fax: (518) 514-1275 • Email: austin.aplusprocess@gmail.com • Visit: www.APlusProcess.net

ENTERED
8938/Com/Def/Lit

**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

INVOICE: 4448718
Issued: Apr 8, 2020

**E. Stewart Jones Hacker Murphy, LLP**
Deanna Dudley
28 2nd Street
Troy, NY 12180

PAY TO:
A Plus Process Service
PO Box 582
Guilderland, NY 12084

| Case: | 1:20-cv-01880 | Plaintiff / Petitioner: | ANDREW SCHWARTZBERG |
| Job: | 4448718 (8938.000) | Defendant / Respondent: | CHET MINING CO, LLC and CHET STOJANOVICH |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Service | Additional Service by mail pursuant to Section 304 + Affidaivt Fee<br><br>Regular 1st Class Mail to:<br>Chet Mining Co, LLC - 50 West St Apt 29A, NY, NY | $25.00 | 1 | $25.00 |
| Postage | Additional Mailings - per client request (John H.)<br><br>Regular First Class Mailing to:<br>1. Chet Mining Co, LLC - 105 Duane St New York, NY<br><br>Registered Mail + Return Receipt<br>2. Chet Mining Co, LLC - 105 Duane St New York, NY | $20.00 | 1 | $20.00 |
| Postage | Postage 3/11/2020 - Registered Mail<br>Chet Mining Co, LLC - 50 West St Apt 29A NY, NY | $18.00 | 1 | $18.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.

Total: $63.00
Amount Paid: ($0.00)
**Balance Due: $63.00**

A Plus Process Service • PO Box 582, Guilderland, NY 12084

Call: (518) 470-6552 • Fax: (518) 514-1275 • Email: austin.aplusprocess@gmail.com • Visit: www.APlusProcess.net