

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO:
**Troy Office**

June 12, 2020

**Via ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 701
New York, N.Y.  10007

Re: *Andrew Schwartzberg v. Chet Mining Co., LLC and Chet Stojanovich*
    Civ. Action No. 1:20-CV-01880

Dear Judge Liman:

This firm represents the plaintiff in the above-referenced matter. On May 27, 2020 we filed a motion for default judgment (ECF Doc. #15).  In accordance with ¶4 of the Default Judgment Procedure in your Individual Practices, the motion does not specify a return date, and we would serve the motion after you complete your review of it and direct whether or not a hearing is necessary.

I am writing to inform you that I plan to file a supplemental Declaration from the plaintiff which sets forth some additional information for the Court's consideration.  My client is in the process of gathering the additional details for me and I hope to file the supplemental Declaration early next week.  I am writing now so that the Court does not devote too much of its time reviewing the existing papers when I think that the forthcoming supplemental filing will provide a more complete submission for the Court.  I apologize for any inconvenience.

Sincerely,

E. STEWART JONES HACKER MURPHY, LLP

_____
Benjamin F. Neidl, Esq.
bneidl@joneshacker.com
Direct Dial: (518) 270-1253