# Exhibit A

**To Declaration of Andrew Schwartzberg**

# INVOICE



| | |
|---|---|
| **Invoice #** | ANSHW001 |
| **Date** | May 21, 2019 |
| **Due Date** | May 21, 2019 |
| **Total USD** | $501,672.00 |
| **Outstanding** | $501,672.00 USD |

**Chet Mining Co LLC**

50 West ST
Apartment 29A
New York NY - 10006
United States
Phone: ███████
Mobile No: ███████
███████.com
chetminingco.com

**Invoice To:**
Andrew Schwartzberg

**Shipping Method:**
International Shipping

| Tasks | Quantity | Rate | Amount |
|---|---|---|---|
| 1. S9 | 320 | $690.00 | $220,800.00 |
| 2. Discount on Asurion/SquareTrade 299-499 Awaiting st-120 Tax Refund applied new US UPC for CMC/Mining Store Zero C0ntainer, Additional 4Score may apply to other rebates. | 1 | $0.00 | $0.00 |

| Products | Quantity | Unit Price | Amount |
|---|---|---|---|
| 1. L3+ | 600 | $412.00 | $247,200.00 |
| 2. Discount on Asurion/SquareTrade 299-499 Awaiting st-120 Tax Refund applied new US UPC for CMC/Mining Store Zero C0ntainer, Additional 4Score may apply to other rebates. | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Sub Total:** | **$468,000.00** |
| California (10.25%): | $22,632.00 |
| Customs (5.00%): | $11,040.00 |
| **Total USD:** | **$501,672.00** |
| **Amount Paid USD:** | **$0.00** |
| **Amount Due USD:** | **$501,672.00** |

Created by Moon Invoice