# Exhibit B

**To Declaration of Andrew Schwartzberg**

**J.P. Morgan**

Primary Account: ███

ANDREW NATHAN SCHWARTZBERG
& JAIME KRAT SCHWARTZBERG
JTWROS

For the Period 5/1/19 to 5/31/19

## Private Client Savings

### Savings Account Summary

| | Amount | | |
|---|---|---|---|
| **Beginning Balance** | ███ | Annual Percentage Yield Earned This Period* | ███ |
| Deposits & Credits | ███ | Interest Paid This Period | ███ |
| Payments & Transfers | ███ | Interest Paid Year-to-Date | ███ |
| **Ending Balance** | ███ | | |

*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.

### Transaction Detail

| Date | Description | Deposits & Credits | Transfers & Withdrawals | Balance |
|---|---|---|---|---|
| 05/01 | Beginning Balance | | | ███ |
| 05/02 | ███ | ███ | ███ | ███ |
| 05/21 | ███ | ███ | | ███ |
| 05/22 | 05/22 Book Transfer A/C: Chet Mining LLC New York, NY ███ 938 Trn: ███ 2Es | | 501,672.00 | ███ |
| 05/23 | ███ | | ███ | ███ |

**J.P. Morgan**

Page 8 of 14