# Exhibit 5

**To Attorney Affirmation of Benjamin F. Neidl**

**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

**INVOICE:** 4393856
Issued:  Mar 12, 2020

**E. Stewart Jones Hacker Murphy, LLP**
Deanna Dudley
28 2nd Street
Troy, NY 12180

PAY TO:
**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

| | |
|---|---|
| **Case:**  1:20-cv-01880 | **Plaintiff / Petitioner:**   ANDREW SCHWARTZBERG |
| **Job:**   4393856 (8938.000) | **Defendant / Respondent:**   CHET MINING CO, LLC and CHET STOJANOVICH |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service | Chet Mining Co, LLC via NYS DOS Albany, NY | $20.00 | 1 | $20.00 |
| Fees Advanced | $40.00 Paid to NYS DOS | $40.00 | 1 | $40.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.

| | |
|---|---|
| Total: | $60.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$60.00** |

A Plus Process Service • PO Box 582 , Guilderland, NY 12084

Call: (518) 470-6552 • Fax: (518) 514-1275 • Email: austin.aplusprocess@gmail.com • Visit: www.APlusProcess.net

**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

**INVOICE: 4393843**
Issued: Mar 26, 2020

**E. Stewart Jones Hacker Murphy, LLP**
Deanna Dudley
28 2nd Street
Troy, NY 12180

PAY TO:
A Plus Process Service
PO Box 582
Guilderland, NY 12084

| Case: 1:20-cv-01880 | Plaintiff / Petitioner: ANDREW SCHWARTZBERG |
|---|---|
| Job: 4393843 (8938) | Defendant / Respondent: CHET MINING CO, LLC and CHET STOJANOVICH |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service | Chet Stojanovich<br>105 Duane St, Apt. 20F<br>New York, NY | $85.00 | 1 | $85.00 |

| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total: | $85.00 |
|---|---|---|
| | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$85.00** |

A Plus Process Service · PO Box 582 , Guilderland, NY 12084

Call: (518) 470-6552 · Fax: (518) 514-1275 · Email: austin.aplusprocess@gmail.com · Visit: www.APlusProcess.net



**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

INVOICE:  4448718
Issued:  Apr 8, 2020

**E. Stewart Jones Hacker Murphy, LLP**
Deanna Dudley
28 2nd Street
Troy, NY 12180

PAY TO:
**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

| Case: | 1:20-cv-01880 | Plaintiff / Petitioner: | ANDREW SCHWARTZBERG |
|-------|---------------|------------------------|----------------------|
| Job: | 4448718 (8938.000) | Defendant / Respondent: | CHET MINING CO, LLC and CHET STOJANOVICH |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Service | Additional Service by mail pursuant to Section 304 + Affidaivt Fee<br><br>Regular 1st Class Mail to:<br>Chet Mining Co, LLC - 50 West St Apt 29A, NY, NY | $25.00 | 1 | $25.00 |
| Postage | Additional Mailings - per client request (John H.)<br><br>Regular First Class Mailing to:<br>1. Chet Mining Co, LLC - 105 Duane St New York, NY<br><br>Registered Mail + Return Receipt<br>2. Chet Mining Co, LLC - 105 Duane St New York, NY | $20.00 | 1 | $20.00 |
| Postage | Postage 3/11/2020 - Registered Mail<br>Chet Mining Co, LLC - 50 West St Apt 29A NY, NY | $18.00 | 1 | $18.00 |

| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total: | $63.00 |
|---|---|---|
| | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$63.00** |

A Plus Process Service • PO Box 582 , Guilderland, NY 12084

Call: (518) 470-6552 • Fax: (518) 514-1275 • Email: austin.aplusprocess@gmail.com • Visit: www.APlusProcess.net