

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO:
**Troy Office**

July 16, 2020

**Via ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 701
New York, N.Y.  10007

Re: *Andrew Schwartzberg v. Chet Mining Co., LLC and Chet Stojanovich*
     Civ. Action No. 1:20-CV-01880

Dear Judge Liman:

This firm represents the plaintiff in the above-referenced matter. Today I have electronically filed two supplemental papers in support of the plaintiff's pending motion for default judgment: (1) a Supplemental Declaration of Andrew Schwartzberg (ECF Doc. #17); and (2) my Supplemental Attorney Affirmation (ECF Doc. #18).  These papers provide some additional explanation of the plaintiff's damages.  The other papers that we filed in support of the motion in May remain in the docket (ECF Doc. # 15).  Thank you.

Sincerely,

E. STEWART JONES HACKER MURPHY, LLP

_____
Benjamin F. Neidl, Esq.
bneidl@joneshacker.com
Direct Dial: (518) 270-1253