UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SCHWARTZBERG,

                          Plaintiff,                        **DEFAULT JUDGMENT**

     against                                             Civ. Action No.: 1:20-cv-01880

CHET MINING CO, LLC and CHET STOJANOVICH,

                          Defendants.

      This action having been commenced on March 3, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Chet Mining Co. LLC on March 10, 2020 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y. Limited Liability Company Law §304 and thereafter mailing a copy of the Summons and Complaint to Chet Mining Co. LLC on March 27, 2020, and served on the defendant Chet Stojanovich on March 12, 2020 by affixing a copy of the Summons and Complaint to the door of his residence and thereafter mailing a copy of same to his place of residence on March 18, 2020 pursuant to N.Y. C.P.L.R. §304(4), and a proof of said service on each of the defendants having been filed on April 22, 2020 (ECF Doc. #11), and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff ANDREW SCHWARTZBERG have judgment against defendants CHET MINING CO, LLC and CHET STOJANOVICH, jointly and severally, in the liquidated principal amount of Five Hundred One Thousand Six Hundred Seventy-Two and 00/100 Dollars ($501,672.00) with prejudgment interest from May 22, 2019 through the date of this Order at a rate of 9% per annum, plus costs and disbursements of this action in the amount of Six Hundred Eight and 00/100

Dollars ($608.00).

Dated: New York, New York

\_11/25/2020_____

So Ordered:    New York, New York

_____

Hon. Lewis J. Linman
District Judge

2