UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW SCHWARTZENBERG,

                Plaintiff,             **Affidavit of Service**

                -against-

                                                       **Case No.**

CHET MINING CO, LLC AND CHET STOJANOVICH,      1:20-cv-01880

                Defendants,

---

| STATE OF NEW YORK | ) |
|---|---|
| | )SS.: |
| COUNTY OF ALBANY | ) |

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

      On February 12, 2021, at 3:27 p.m. I served a SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION (with Exhibit "A"), on Defendant, CHET MINING CO, LLC by personally delivering to and leaving with Nancy COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 304 of the Limited Liability Company Law of the State of New York.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

      On February 12, 2020, deponent mailed a copy of said documents to CHET MINING CO, LLC, by enclosing same in a postage pre-paid envelope, through Registered Mail, # RB705177216US; Return Receipt #9590 9402 4986 9063 2997 24, to 105 Duane St Apt. 20F, New York, NY 10007.

                                                                                Austin Taylor

Sworn before me this
16th day of February, 2021

_____
Notary Public - State of New York

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024